UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MELANIE CLINE, et al. | ) | Case No.  1:07CV1070 |
| | ) | |
| Plaintiff(s), | ) | JUDGE ANN ALDRICH |
| | ) | |
| | ) | O R D E R |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MANSFIELD, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to Local Rule 3.1(b)(3), a case may be transferred as related to an earlier assigned case only with the concurrence of both the transferee and the transferor judges.

The undersigned are the transferee and the transferor judges, each of whom hereby consents to the transfer.

*s/Ann Aldrich*
UNITED STATES DISTRICT JUDGE
Transferor Judge

*s/Kathleen M. O'Malley*
UNITED STATES DISTRICT JUDGE
Transferee Judge

IT IS THEREFORE ORDERED that Case No. 1:07cv1070 is transferred to the docket of Judge Kathleen M. O'Malley, as a case related to Case No. 1:07cv1068.

*s/Ann Aldrich*
*Transferor Judge*

Dated: August 8, 2007